GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE YONEKURA McCAFFREY
Executive Assistant United States Attorney
(Cal. State Bar # 187131)
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-1092
    Facsimile:  (213) 894-1634
    Email: Stephanie.Yonekura-McCaffrey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-746-JFW |
| Plaintiff, | GOVERNMENT'S POSITION RE: THE PRESENTENCE REPORT |
| v. | Sent. Date: March 15, 2010 |
| ANGELA COTTON, | Sent. Time: 10:00 a.m. |
| Defendant. | |

    The United States of America, by and through its counsel of record, Executive Assistant United States Attorney Stephanie Yonekura McCaffrey, hereby files its Position Re: the Presentence Report.  The government concurs with the factual findings and legal conclusions contained in the Presentence Report ("PSR") disclosed on May 11, 2009.  As set forth in the PSR, the total

///

///

///

///

1

1 | offense level is 30, resulting in a guideline sentence range of
2 | 97 to 121 months.
3 | Dated:       February 23, 2010

    Respectfully Submitted,
    GEORGE S. CARDONA
    Acting United States Attorney

    CHRISTINE C. EWELL
    Assistant United States Attorney
    Chief, Criminal Division

    _____
    STEPHANIE YONEKURA McCAFFREY
    Executive Assistant United States
    Attorney

    Attorneys for Plaintiff
    United States of America

CERTIFICATE OF SERVICE

I, **VERONICA BARAJAS**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S POSITION RE: THE PRESENTENCE REPORT**

**service was:**

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [X] By hand delivery addressed as follows: | [ ] By facsimile as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |

**EUNICE HABIG**
**U.S. Probation Officer**
**312 N. Spring Street, 7th Floor**
**Los Angeles, CA 90012**

This Certificate is executed on **February 23, 2010**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ VERONICA BARAJAS
VERONICA BARAJAS