ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEPHANIE YONEKURA McCAFFREY
Executive Assistant United States Attorney
California State Bar No. 187131
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-1092
Facsimile: (213) 894-1634
Email: Stephanie.Yonekura-McCaffrey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-746-JFW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER DISMISSING REMAINING COUNTS OF INDICTMENT |
| v. | ) | |
| ANGELA COTTON, | ) | |
| Defendant. | ) | |

In the interest of justice, the Court hereby dismisses Counts 2, 3, 6, 7, 8, 9, 10, and 13 of the underlying Indictment against defendant Angela Cotton.

IT IS SO ORDERED.

_____
THE HONORABLE JOHN F. WALTER

Submitted by:

_____/S/_____
STEPHANIE YONEKURA McCaffrey
Executive Assistant United States Attorney