```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEPHANIE YONEKURA McCAFFREY
 4  Executive Assistant United States Attorney
    (Cal. State Bar # 187131)
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-1092
 7       Facsimile:  (213) 894-1634
         Email: Stephanie.Yonekura-McCaffrey@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-746-JFW |
|---|---|
| Plaintiff, | ) <u>ORDER RE: INTENT OF COURT AND</u> <u>PARTIES FOR NON PRO TUNC</u> |
| v. | ) <u>APPLICATION</u> |
| ANGELA COTTON, | ) Courtroom of the Honorable |
| Defendant. | ) John F. Walter |

Based upon the Parties' Stipulation re: Commencement of Federal Sentence filed on May 20, 2010, the Court hereby states that it is the intention of the Court and the parties to support a non pro tunc application by defendant Angela Cotton to designate a California state institution as the facility to serve a federal sentence.

IT IS SO ORDERED.

Date: May 26, 2010

_____
THE HONORABLE JOHN F. WALTER
U.S. District Judge

**cc: USPO, USM, BOP**